**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ned Morris, | ) | No. CIV 06-2058-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the Stipulation (Doc. 10) of the parties to extend the time for Defendant United States of America to file its Answer, a motion, or otherwise respond to Plaintiff's First Amended Complaint.  For good cause appearing,

**IT IS HEREBY ORDERED** that Defendant United States of America shall have until May 17, 2007, to answer, file a motion, or otherwise respond to Plaintiff's First Amended Complaint.

DATED this 4th day of May, 2007.

Stephen M. McNamee
United States District Judge